# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**857/16**
**CA 15-01921**
PRESENT: WHALEN, P.J., CENTRA, NEMOYER, TROUTMAN, AND SCUDDER, JJ.

---

ALEX C. MILLER, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

KIRK HOWARD, ET AL., DEFENDANTS,
AND AMORE'S USED CARS & REPAIRS, INC.,
DEFENDANT-APPELLANT.

---

RUPP BAASE PFALZGRAF CUNNINGHAM LLC, BUFFALO (WILLIAM K. KENNEDY OF COUNSEL), FOR DEFENDANT-APPELLANT.

FRANCIS M. LETRO, ESQ., BUFFALO (FRANCIS M. LETRO OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

PILARZ LAW FIRM, BUFFALO (MICHAEL PILARZ OF COUNSEL), FOR DEFENDANTS CHARLES HARBEL POST NO. 892 AMERICAN LEGION OF ALLEGANY, N.Y. AND AUDREY J. WILLIAMS.

NASH CONNORS, BUFFALO (DANIEL CONNORS OF COUNSEL), FOR DEFENDANTS KIRK HOWARD, MARI L. HOWARD AND WILLIAM C. HOWARD, JR.

---

Appeal from an order of the Supreme Court, Cattaraugus County (Paula L. Feroleto, J.), entered January 26, 2015. The order, among other things, denied in part the motion of defendant Amore's Used Cars & Repairs, Inc. seeking to compel plaintiff to respond to its Notice to Admit.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on August 10, 2016, and filed in the Cattaraugus County Clerk's Office on January 10, 2017,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: April 28, 2017                          Frances E. Cafarell
                                                 Clerk of the Court